DAVID B. BARLOW, United States Attorney (#13117)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
185 South States Street, Suite 300, Salt Lake City, Utah  84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHELSEA BOWLES;<br>MICHAEL BOWLES; and<br>M&C WHOLESALE, LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>DRUG ENFORCEMENT ADMINISTRATION;<br>DEPARTMENT OF JUSTICE; AND<br>UNITED STATES OF AMERICA,<br><br>             Defendant. | SECOND STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>2:13-CV-00453TC<br><br>Judge Tena Campbell |

   This court granted Defendants an extension of time to respond to Plaintiffs' complaint until October 3, 2012.[1]  The Parties now request an additional sixty days for Defendants to respond to the complaint.  A related civil forfeiture matter is currently pending in the District of Maryland, *United States v. $2,200,000.00 in U.S. Currency and 34 Money Orders and 102 Checks Written to M&C Wholesale and Daniel Bowles*, No. 1:12-cv-03501-ELH.  M&C Wholesale has filed a motion to dismiss in that proceeding that remains undecided.  If the Maryland  court denies that motion then  Plaintiffs are likely to dismiss this case.

---

[1] Order Granting Motion for Extension of Time to Answer, dated Aug. 20, 2013, ECF No. 13.

For these reasons, the Parties stipulate and jointly move the Court for an extension of time for the Defendants to file their response until December 3, 2013.

Respectfully submitted,

| | |
|---|---|
| DAVID B. BARLOW<br>United States Attorney | COOK, SKEEN & ROBINSON LLC |
| /s/ Tyler L. Murray<br>Tyler L. Murray<br>Assistant U.S. Attorney | /s/ Shawn H. Robinson<br>Shawn H. Robinson<br>Attorneys for Plaintiffs<br>(Signed with permission) |